No. 603. Bretagna *v.* New York, *ante,* p. 919. Rehearing denied.

March 7, 1949.

*Per Curiam Decisions.*

No. 59. Marzani *v.* United States.

Reargued February 28, 1949. *Per Curiam:* Upon rehearing, 336 U. S. 910, the judgment entered December 20, 1948, 335 U. S. 895, affirming the judgment by an equally divided Court, is adhered to and reaffirmed by an equally divided Court. Mr. Justice Douglas took no part in the consideration or decision of this case. *Osmond K. Fraenkel* and *Allan R. Rosenberg* reargued the cause for petitioner. *Solicitor General Perlman* reargued the cause for the United States.

No. 517. Poore *v.* Mississippi. *Per Curiam:* The appeal is dismissed for want of jurisdiction. 28 U. S. C. § 1257 (2). The petition for writ of certiorari is denied. *W. Arlington Jones* for appellant.

*Miscellaneous Orders.*

No. 389, Misc. Badgley et al. *v.* Indiana. Petition for writ of certiorari to the Supreme Court of Indiana dismissed on motion of counsel for the petitioners. *Robert A. Buhler* for petitioners.